IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Trapp, Floyd M | Case Number:  06 B 03340 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  3/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 20, 2008
Confirmed: June 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 36,651.27 | |
| Secured: | | 12,051.63 |
| Unsecured: | | 20,424.71 |
| Priority: | | 0.00 |
| Administrative: | | 2,006.20 |
| Trustee Fee: | | 1,898.79 |
| Other Funds: | | 269.94 |
| Totals: | 36,651.27 | 36,651.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,006.20 | 2,006.20 |
| 2. | Chase Home Finance | Secured | 9,226.78 | 9,226.78 |
| 3. | City Of Chicago | Secured | 463.47 | 463.47 |
| 4. | Chase Home Finance | Secured | 8,653.31 | 2,361.38 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,676.10 | 1,676.10 |
| 6. | Sprint Nextel | Unsecured | 582.89 | 0.00 |
| 7. | Midwest Verizon Wireless | Unsecured | 68.54 | 66.26 |
| 8. | Educational Credit Management Corp | Unsecured | 7,675.46 | 7,436.63 |
| 9. | B-Line LLC | Unsecured | 618.06 | 618.06 |
| 10. | Peoples Energy Corp | Unsecured | 105.84 | 105.84 |
| 11. | Credit Acceptance Corp | Unsecured | 7,813.60 | 7,813.60 |
| 12. | Onyx Acceptance Corp | Unsecured | 2,708.22 | 2,708.22 |
| 13. | B-First | Unsecured | | No Claim Filed |
| 14. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 15. | Finger Furniture | Unsecured | | No Claim Filed |
| 16. | National Credit System | Unsecured | | No Claim Filed |
| 17. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 41,598.47 | $ 34,482.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 450.95 |
| 4.8% | 276.79 |
| 5.4% | 1,142.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Trapp, Floyd M

Printed: 7/8/08

Case Number:  06 B 03340
Judge: Wedoff, Eugene R
Filed: 3/30/06

                           6.5%                        28.78
                                                      _____
                                                $ 1,898.79

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

                                    _____